1 | LAW OFFICES OF JONG YUN KIM
2 | JONG YUN KIM, ESQ. (SBN 272176)
3 | 3600 WILSHIRE BLVD., SUITE 2226
  | LOS ANGELES, CA 90010
4 | TEL. (213) 351-9400
  | FAX. (213) 736-6514
5 | EMAIL. JONGKIMLAW@HOTMAIL.COM

6 | ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Soo Oh**,

    Plaintiff,

vs.

**Maha Adal**, an individual; **Sam Adal**, an individual; **Antoun A. Kalioundji**, an individual; **Illham A. Kalioundji**, an individual; and Does 1-10 inclusive,

    Defendant

Case No.: **2:19-cv-01107-CAS-KES**

**NOTICE OF SETTLEMENT**

1
2  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL
3  OF RECORD:
4     In accordance with the Court's Standing Order, and Local Rule 16-15.7, Plaintiff
5  hereby submit this Notice of Settlement to notify the Court that the lawsuit has been
6  settled, and to request 10 days in which to file the dismissal.
7
8                                     Respectfully submitted,
9                                     **LAW OFFICES OF JONG YUN KIM**
10
11 Dated: May 22, 2019              By: /Jong Yun Kim/
                                       Jong Yun Kim, Esq.
12                                     Attorney for Plaintiff
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                              NOTICE OF SETTLEMENT