LAW OFFICES OF JONG YUN KIM
JONG YUN KIM, ESQ. (SBN 272176)
3600 WILSHIRE BLVD., SUITE 2226
LOS ANGELES, CA 90010
TEL. (213) 351-9400
FAX. (213) 736-6514
EMAIL. JONGKIMLAW@HOTMAIL.COM

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Soo Oh**, <br><br> Plaintiff, <br><br> vs. <br><br> **Maha Adal**, an individual; **Sam Adal**, an individual; **Antoun A. Kalioundji**, an individual; **Illham A. Kalioundji**, an individual; and Does 1-10 inclusive, <br><br> Defendant | Case No.: 2:19-cv-01107-CAS-KES <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Court Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff and her counsel of record voluntarily dismiss this lawsuit against Defendants Maha Adal, Sam Adal, Antoun A. Kalioundji, and Illham A. Kalioundji. Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

**LAW OFFICES OF JONG YUN KIM**

Dated: May 22, 2019

By: /Jong Yun Kim/
Jong Yun Kim, Esq.
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL